IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BANKPLUS                                                                                            PLAINTIFF

VERSUS                                                              CAUSE NO. 3:16CV234-MPM-JMV

NEW HOME SPECIALIST, INC.                                                          DEFENDANT

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion . . . asserting [a] jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."  Because defendant has raised the issue of lack of subject matter jurisdiction by separate motion [4],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are hereby **STAYED** pending a ruling on defendant's motion to dismiss for lack of subject matter jurisdiction.  Defendant shall notify the undersigned within seven (7) days of a decision on the motion to dismiss and shall submit a proposed order lifting the stay.

This 7th day of December, 2016.

/s/ Jane M. Virden
U.S. Magistrate Judge